# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 24, 2019

Ms. Jeannette Clack
Western District of Texas, El Paso
United States District Court
525 Magoffin Avenue
Room 108
El Paso, TX 79901-0000

    No. 18-50985    USA v. Mario Orrantia
                           USDC No. 3:17-CR-1080-1

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Shawn D. Henderson, Deputy Clerk
                                      504-310-7668

cc w/encl:
    Mr. Joseph H. Gay Jr.
    Ms. Mary Stillinger

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-50985

A True Copy
Certified order issued May 24, 2019

*Jyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

MARIO ARMANDO ORRANTIA, also known as Quezada,

    Defendant - Appellant

Appeal from the United States District Court
for the Western District of Texas

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of May 24, 2019, pursuant to appellant's motion.

                                                      LYLE W. CAYCE
                                                      Clerk of the United States Court
                                                      of Appeals for the Fifth Circuit

By: _____
Shawn D. Henderson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT